# Abdul Hassan Law Grou
## 215-28 Hillside Avenu
## Queens Village, New York

~~~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2026

**Abdul K. Hassan, Esq.**                          Tel: 718-740-1000
Email: abdul@abdulhassan.com                       Fax: 718-740-2000
*Employment and Labor Lawyer*              Web: www.abdulhassan.com

**April 17, 2026**

**Via ECF**

Hon. Analisa Torres, USDJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

<u>**Re: Jain v. Main St. Petroleum Corp et al**</u>
**Case #: 25-CV-08079 (AT)(OTW)**
**Motion for Extension of Time**

Dear Judge Torres:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief three-week extension of the April 3, 2026 deadline for the parties to submit resolution papers. This request is needed because some additional time is needed to finalize the paperwork. Two prior requests for an extension of this deadline were made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc: Defense counsel via ECF**

DENIED without prejudice.  Plaintiff may file a further request for an extension of the deadline to submit resolution papers, but Plaintiff must state whether Defendants consent to the requested extension.  *See* Rule I(C), Individual Practices in Civil Cases.  The parties are additionally reminded that, in accordance with Rule I(C), all extension requests are to be submitted at least 48 hours in advance of the relevant deadlines.

SO ORDERED.

Dated:  April 20, 2026                     _____
          New York, New York                      ANALISA TORRES
                                               United States District Judge