UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dinesh Jain,

Plaintiff,

-against-

Main St. Petroleum Corp, and Rahul Nabe,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/20/2026_____

25 Civ. 8079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's renewed extension request filed at ECF No. 28.  The Court appreciates that Plaintiff notes that defense counsel consents to the request and appreciates counsel's representation that "there was no intent to misrepresent" the record to the Court.  *Id.* at 1.  Plaintiff's statements that negotiations occurred on May 1 and May 11, 2026 further demonstrate to the Court that there is good cause for the requested extension; counsel is advised that providing the specific details of settlement discussions is not strictly necessary, *see* ECF No. 29 (Defendants' statement that "it would be more productive if [Plaintiff's counsel] discussed those concerns with me, and not with the Court"), especially if counsel can state that discussions have occurred on particular dates and that the extension request is made with Defendants' consent.  Because defense counsel has consented to the request, and because good cause has been shown, the request is GRANTED, and the deadline for the parties to submit resolution papers is adjourned to **June 18, 2026**.

The Court clarifies that the parties' failure to submit *Cheeks* resolution papers, or the parties' failure to come to a full agreement on all terms of a potential settlement, will not automatically result in dismissal of this case.  Rather, if the parties are unable to agree on the terms of their agreement, the Court may consider a motion to reopen the action.  If the parties submit resolution papers which fail to meet the *Cheeks* standard as discussed in this Court's order at ECF No. 17, dismissal also does not automatically follow—the Court may reinstate the action, or, in the alternative, deny the *Cheeks* motion but grant the parties leave to submit renewed papers.  *See, e.g.*, ECF No. 40 in No. 23 Civ. 3878 (AT), *Guerrero v. Jerome Meat & Produce Corp* (S.D.N.Y.).  However, failure to follow this Court's directives and the undersigned's Individual Rules will not be excused.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28.

SO ORDERED.

Dated: May 20, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge