UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dinesh Jain,

                Plaintiff,

        -against-

Main St. Petroleum Corp, and Rahul Nabe,

                Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  6/1/2026_____ |

25 Civ. 8079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 33 and 34.  Plaintiff's letter requests "a ruling on certain live issues preventing us from submitting" settlement papers.  Plaintiff's request is DENIED; the Court shall rule on the sufficiency of any settlement papers when and if a *Cheeks* motion is submitted.  *See Cheeks v. Freeport Pancake H., Inc.*, 796 F.3d 199 (2d Cir. 2015).  This order does not affect the present deadline for the parties to submit settlement papers.  *See* ECF No. 31 (setting deadline of June 18, 2026).

        SO ORDERED.

Dated: June 1, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge