UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dinesh Jain,

                        Plaintiff,

            -against-

Main St. Petroleum Corp, and Rahul Nabe,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/22/2026

25 Civ. 8079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By motion dated June 18, 2026, Plaintiff moves for this Court's approval of a settlement in this action under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  *See* ECF No. 36.  The motion does not expressly state that it is made with Defendant's consent.  *See id.*  By **June 29, 2026**, Defendants shall state whether they consent to the motion.

        SO ORDERED.

Dated:  June 22, 2026
        New York, New York

ANALISA TORRES
United States District Judge